# UNITED STATES DEPARTMENT OF JUSTICE
# FEDERAL BUREAU OF PRISONS

## Request for Withdrawal of Inmate's Personal Funds

**PHL-D-S, 76873067 - DOUGHERTY, KEITH**

| Encumbrance No.: 1483 |
| --- |

Please charge to my account the sum of **$5.00** and authorize the same to be paid to:

**Contact/FMIS Certification Address**
**Clerk, Court**
**601 MARKET ST**
**PHILA**
**PA 19106**
**United States**

RECEIVED AUG 24 2020

Purpose: **Court Fees**
Check Memo: **HABEAS** ~~20-1234~~

_____
(Signature of Inmate)

**76873067 - DOUGHERTY, KEITH**
_____
(Inmate Register No./Name)

_____
(Signature of Approving Official)

_____
(Signature of Deposit Fund Tech)

_____
(Payment #)

The inmate's personal account has been charged in the amount indicated above.

BP - 199.045 - Jan 2008

Ex Parte : Keith Dougherty   :
                             :
     Petitioner              } No:
                             } Related Cases;
                             : 19-CR-140 (MD PA)
                             : 17-CV-1541 (MD PA) and its related

---

Petition for HABEAS Corpus In Pari Materia 28 USC § 1652
Supplement as per 28 USC § 2243

---

And Now comes Keith Dougherty [filing this suplementedcover]for

HABEAS "Filed as of 5/5/2020" in compliance with "unlawful oral order"

of Judge Connelly "9/12/2019" indicating Keith Dougherty has been

attainted in violation of Article I Section 9 "and is prohibited" from

filing by his PACER account "and has" no "equal protectionin this

Lozman v. Riveria Beach sham prosecution"  where "all parties" except

Keith Dougherty are "authorized by PDF Email", and if Keith Dougherty

seeks to file "anything" he must only do it by "hard copy and through

Judge Connelly's staff [or risk being indicted for yet another sham threat

under 875(c)] or 876(c)";

### Pretrial HABEAS

See In Re: Dorsainvil 119 F.3d 245 (3rd Cir 1997);

> .... Thus Section 2241 is the only statute that confers habeas juris-
> diction to hear the petition of a federal prisonerwho is challenging
> not the validtiy ...[of a sentence that will never hapen]... but
> the execution of ...[his criminal prosecution] as a RICO conspiracy
> involving [Political Appointees Willîam Powerlland David Freed] who
> abused the Grand Jury Process "obtaining indictments" on the incom-
> petant "analysis of the 3rd Cir "pre-Elonis"" playing the Dauphin
> County Voters for Fools"... see U.S. Addonzio 442 U.S. 178, 185-188,
> 60 L. Ed. 2d 805, 99 S. Ct. 2235 (1979) (holding thatsection 2255
> authorizes challenges to the lawfullness of a fedderal sentence not
> the lawfullness of the performance of judgment and sentence)Bennett v.
> Soto 850 F.2d 161, 162-163 (3rd Cir 1988), (holding that section 2255
> does not encompass the power to entertain prisoner's claim of wrong-
> ful revocation of parole);

28 USC § 1652 "eliminates any discretion" by a Federal Judge in Any "Civil Pleading"; where "The Pennsylvania Declaration of Rights" and its "incorporation" of English Common Law and Pennsylvania provincial Law existing as of 5/14/1776 into the Pennsylvania Constitution of 1777 through Section 1503 provides Art-icle VI of the Pennsylvania Frame of Government invalidates all local rules of the Eastern District of PA, as applied to "any pro se representa-tion"; In-cluding "corporations" .

As made clear in Keith Dougherty's Status Conference Memoranda for the Sham Hear-ing scheduled and cancelled for 7/15/2020; the Government under the Wilson v. Sellers Precedentfaces a rebuttable presusmtn,"that every action in all cases after Keith Dougherty's successful motion "to destroy Simbraw v. US and its unlawful expan-sion by Rowland v. Men's Colony Dicta", is "the reason for this sham prosecution"!"; See ECF 57 p. 18, US00001480

## Clear Statement

Each time a clerk, magistrate of Judge, indicates a "party" must "pay a 3rd party bribe to any ABA member" oℇ as in an IFP Criminal Prosecution "must accept appointed counsel representation" it is a "crime of extortion by unlawful official acts" under the Ocasio Analysis of (2016) where Salinas "makes each employee of the District Court involved a co-conspirator" (even its unwitting staff); This analy-sis includes "civil, criminal and or appellate"; see United States v. Sinengeng-Smith 590 U. S. ___ (5/7/20220) a court is a "passive exention of Government";

See EXHIBIT B attached; Judge Connelly is in "continual violation" of the Speedy Trial Act "where his mission" is to do whatever is required to make Keith Dopugherty accept "representation"

In the Matter of Keith Dougherty v. Pennsylvania and the United States "courts" of the Middle District of PA and 3rd and 4th Cir's Judge Conner, "as chief" is "not a party" and his "unlawful use of 28 USC § 292 to save the Government from default" is a crime under 18 USC § 2076/18 USC § 371/ 18 USC § 1951, which then triggers Pa. C.S.A. § 505 "protections"; Translated for "the Idiot Squad", as of 7/12/2019 "in the city of Philadelphia" there was a car-jacking where a mob "beat the carjacker to death" and no chargess could be broughtdue to 18 Ps. C.S.A. § 506 (discretionary deadly force) [defense of a 3rd Party (occupied vehicle)]; see EXHIBIT A Count III (although "not constructively transmitted", "not a true threat", and in violation of the Elonis "subjective intent analysis" (where the prosecution withheld the "ECF Doc 57 (context)" as an abuse of the grand jury)), Keith Dougherty is "protected to the asme degreeas the FBI "sniper at Ruby Ridge" (Rule 12.3 "objection of Government" Waived see Hamer Footnote 1) "personally Keith Dougherty could have convinced the Philly Mob" to drag Chief Conner out of his Harrisburg office and have him beat to deathin the same way;

Pennsylvania provides "discretionary deadly force use" if a [party] is engaged in a "constitutionally protected activity" see 17-CV-1541 (MD PA) [commerce] as a Enrolled Agent for the IRS representing my own LLC's and "client LLC's" in declaratory Judgment 28 USC § 2201; and Mary DiAndrea, Peter Welsh et al "engage in Federal Crimes" 18 USC § 2076/ 18 USC § 371/ 18 USC § 1951, Discretionary Deadly force is "authorized" 18 Ps. C.S.A. §§ 505/507, (2.3)... (i);

### Supreme Court Precedent

[Elonis v. US].... In that case the Court stated that a Supreme Court decision interpretating a criminal statute [here 875(c)].. that resulted in the ...[improper indictment].. of one whose conduct was not prohibited by law "presents exceptional circumstances where the need for remedy afforded by

3

the writ of habeas corpus is apparent." ...[especially when as
here the Connelly Court refuses to provide any Rule 12(c) or
Rule 12(d) [hearings] "denying all due process of law" (1st
violation 9/29/2019 no response yet)] Id. at 346. (internal cita-
tions omitted). The Court held that "if [petitioner's] contention
is well, taken then [his]...detention (as to Counts III and IV)
and punishment for "A Civic Duty Leter to Justice Alito mailed
11/15/2019" ECF 57-2; 19-CR-140 (MD PA)... are for an act that the
law does not make criminal...[119 F.3d 250];

## 28 USC § 1657

Requires the assigned court to take immediate action;

Either "issue the writ" or issue "show cause to"

Jeffrey A Finucane
United States Attorney's Office
217 West King Street, Ste. 400
Martinsburg, WV 25401
304-262-0590
Email: jeffrey.finucane²usdoj.gov

Return due in 3 days.

For Clarification Notice was pro-vided by ECF 19-CR-140 (MD PA)

5/5/2020 "with no repply";

Previous "pre-trial motion to dismiss filed 9/26/2019"
Government's response filed 10/18/2019 "was limited to requesting
a hearing" [which was never provided];

As of 9/15/2019 "Rule 12.3 Notice was provided by email" see
Rule 6 [amended 12/1/2016] not response "ever provided";

Motion to dismiss counts III and IV "filed 3/23/2020" no
Government Response Provided;

After hearing by video "Judge Connelly now orders response" to
A "NON=Party" in violation of United States v. Sinengeng_Smith
again.

The effort is to "extort Keith Dougherty into accepting
representation of Thomas Young Fired For Cause 6/21/2019";

At hearing dated 9/12/2019 Jeffrey Finucane asks Judge Connelly
"what do I do" [when being advised Keith Dougherty would proceed]
pro se [with Thomas Young as "stand by"]; Judge Connelly said,
"wait until hes sends you [a communhication] then say "it does
not contain anything that is legally decipherable and as such
the government "will not respond".... and the court will do the
same"...

Judge Connelly "in his two most recent responses indicates"
he was "unable to decipher the HABEAS" [as requring action
outlined in

4

28 USC § 2243 "for releasse from unconstitutioanl detention";
nor could he decipher Keith Dougherty's demand for an "expedited"
motion's hearing by "video", docketed by the court 5/18/2020;

Where after return or "default" there must be a scheduled
hearing "even if by video" within 5 days "unless good cause is
shown" as indicated in Lujan v. Defenders (1990) footnote 5.


Respectfully Submitted,

_Keith Dougherty_    8/20/2020

Keith Dougherty (76873-067)
FDC
PO Box 562
Philadelphia, PA 19105

## § 1652. State laws as rules of decision

The laws of the several states, except where the Constitution or treaties of the United States or Acts of Congress otherwise require or provide, shall be regarded as rules of decision in civil actions in the courts of the United States, in cases where they apply.

**HISTORY:**
Act June 25, 1948, ch 646, 62 Stat. 944.

> 18 Pa. C.S.A. §§§ 505, 506, 507
>
> Discretionary Deadly Force
>
> Take Note to Government's Exhibit EXH US00001445;
>
> Where "the former fucking idiot Chief Clerk" determined
>
> "Sua Sponte" Congress "was wrong when they issued this" Federal Statute;
>
> Just like the Eastern District Clerk in 15-CV-5516(ED PA);
>
> 18 USC § 2076 and 18 USC § 1951 "are not binding" in the
>
> 3rd Cir [see] 11-2631;

© 2020 Matthew Bender & Company, Inc., a member of the LexisNexis Group. All rights reserved. Use of this product is subject to the restrictions and terms and conditions of the Matthew Bender Master Agreement.

(4) Motion filed by Appellant Keith Dougherty to Attach Opinion of 1546 CD 2011 Exhibit A constituting new law (with the political cover of being issued in an unreported opinion) to the Petition for En Banc and Panel Rehearing

## ORDER

At the direction of the Court, the corrected petition for rehearing shall be filed and submitted to the Court. As a corrected petition has been filed no action will be taken on the original non-complying petition. The supplemental motion for rehearing based on jurisdictional violations and motion to attach the opinion of the Commonwealth Court of Pennsylvania in Baker v. Reese, et al., No. 1546 CD 2011 are denied as state court decisions are not binding in a federal court.

For the Court,

*Marcia M. Waldron*

Marcia M. Waldron, Clerk

Date:       March 7, 2014
MB/cc:    Keith T. Dougherty
            Christopher S. Underhill, Esq.
            Thomas X. McAndrew, Jr., Esq.
            Michael T. Taylor, Esq.
            Michael Daley, Esq.
            Michael W. Flannelly, Esq.
            Darrell N. VanOrmer, Jr., Esq.
            J. Bart DeLone, Esq.

Pursuant to Knick v. Township of Scott 139 S. Ct. 2162; 204 L. Ed. 2d 558 (2019) 11-2631/11-3598 "are ressurected";

Due to the PCCA Errors and Omissions "required insurance and Pa. 8371 "Bad Faith"; CNA Insurance "must pay all inverse condemnation damages" accumulated see First English P. 321;

Even "when" Former Chief McKee, Former Chief Scirica, current Chief Smith and Future Chief Chagares "are indicted under 18 USC § 2076" and 18 USC § 1951 "extortion to pay a 3rd party bribe";[to any ABA Memjber];

## § 1657. Priority of civil actions

(a) Notwithstanding any other provision of law, each court of the United States shall determine the order in which civil actions are heard and determined, except that the court shall expedite the consideration of any action brought under chapter 153 [28 USCS §§ 2241 et seq.] or section 1826 of this title [28 USCS § 1826], any action for temporary or preliminary injunctive relief, or any other action if good cause therefor is shown. For purposes of this subsection, "good cause" is shown if a right under the Constitution of the United States or a Federal Statute (including rights under section 552 of title 5) would be maintained in a factual context that indicates that a request for expedited consideration has merit.

(b) The Judicial Conference of the United States may modify the rules adopted by the courts to determine the order in which civil actions are heard and determined, in order to establish consistency among the judicial circuits.

**HISTORY:**
Added Nov. 8, 1984, P. L. 98-620, Title IV, Subtitle A, § 401(a), 98 Stat. 3356.

Stipulated Facts

1. In the Matter of Keith Dougherty v. US "the United States is a party, Keith Dougherty, is a party, Thomas Young "is not a party";

2. Judge Connelly "indicates he cannot -decipher- that § 2242 requires the clerk to "enter HABEAS" in the civil docket, and "the assigned judge" to "immediately issue the writ" or issue "show cause" whose return is due in three days (3); unless "good cause is shown"; where any extention of time cannot "exceed 20 days";

3. As of 7/12/2019 "in the City of Philadelphia" a car-jacker was beaten to death by a mob "and no charges can be brought" under Pa. C.S.A. § 506; (discretionary deadly force) [defense of a 3rd person (occupied vehicle)];

4. As of 1992 "the FBI stationed a sniper outside the Weaver Cabin [at Ruby Ridge] ; the sniper "put a bullet +jn the head of Vickie Weaver through the cabin window "while she was holding her infant child", initially he was charged with "manslaughter" however "all charges were droped due to Rule 12.3" (Official authority);

5. Keith Dougherty as CEO "of Docson's Militia at all relevant times has official authority "immunity" as "defined in DC v. Heller p. 24; the Militia is the last defense of a "Free Society";

© 2020 Matthew Bender & Company, Inc., a member of the LexisNexis Group. All rights reserved. Use of this product is subject to the restrictions and terms and conditions of the Matthew Bender Master Agreement.



<u>COUNT THREE</u>

(Interstate Communication with Threat to Injure)

On or about the 19th day of November, 2019, in the Middle District of Pennsylvania, the

defendant, **KEITH THOMAS DOUGHERTY**, knowingly and willfully did transmit in interstate

and foreign commerce via electronic mail, an electronic mail communication to Federal Bureau of

Investigations Special Agent Christopher Cruz, and the communication contained a threat to injure

Chief Judge Christopher Conner, Chief United States District Judge for the Middle District of

Pennsylvania, specifically "If you say 'Keith Dougherty must first hunt down Chief Conner as the

'visiting Judge in DE' ... beat him to death 'with bare hands' ... and then be found not guilty by

a 6th Amendment Jury' ... before any action is 'taken in the Wilson v. Sellers Sense' ...[just] write

it down," all in violation of Section 875(c) of Title 18 of the United States Code.

```
"...we rely on parties to frame the issues for decision and ass-
ign to the courts the role of neutral arbiter... Id. at 244
... "[C]ourts are essentially "corrupt" passive [as in "passive
agressive"] instruments of government"... even if "they cannot
decipher, HABEAS" [is to "be released from unlawful detention"];
```

```
See Petition for Andrew Berkowitz.. page 11; stating "...
(that counsel was deficient for failing to raise a defense not
previously considered... when reasonable investigation would
have revealed authority that made the defense plasusible..p. 4)
United States v. Phea 953 F.3d 838 (5th Cir 3/31/2020);
```

Section 875(c), as noted requires proof that a communication was transmit
ed... scienter required... The Parties agree that a defendant under 875(c
must know that he is transmitting a communicatoion....Under these princi-
ples, "what Elonis [and now Dougherty] thinks" does matter, App. 286 [11]
C, Elonis v. US Even if "it interferes with Judge Connelly Statement of
Purpose" "as a passive agressive" saying "I can't decipher what you are
seeking, "in violation of 18 USC § 2076; 18 USC § 371& 18 USC § 1951 as
a criminsal defendant [with] DACA "protection";

```
United States v. Sinengeng-Smith 590 U. S. ___ (2020); New Orleans &
N.E.R. Co. v. Jopes,142 18, 24, 12 S. Ct. 109, 35 L. Ed. 919 (1891)
("if the injury was done by the defendant in justifiable self-defense,
he can n[ot] be punished criminally... Because the act was lawful,
he is wholly relieved from responsibility for its consequences.");
```

**the second, the third, or so on. [554 U.S. 302];**

**"intrinsic fraud exception"... Black's Law 7th p. 671-672?**

**As Sprint's "actual Precedent"(2008); whether 5-4 or 9-0;**

**Whatever comes next "you cannot say"... you did not know!**

Do not let the Criminal Scott Harris "throw this in the trash"...as did the DC Clerk "in 15-CV-582 (D DC)" Hartman v. Moore???; [as a tactic];  you need to "do something to prevent the Yellow Vest Riots"... coming to "the [ABA] Church of Philadelphia"...  Revelation 3:7-13 New International Version (NIV) 7 "To the angel of the church in Philadelphia write:...

In "your executive oversight function"... of the RICO [Hobbs Act] "enterprise"... Known as the 3rd Cir;

If you say "Keith Dougherty must first hunt down Chief Conner as the "visiting Judge in DE"... beat him to death "with bare hands"... and then be "found not guilty by a 6th Amendment Jury"... before any action is "taken in the Wilson v. Sellers Sense"... [just] write it down. We must have "strict rules and precedents"... [Federalist 78] not "implied circuit precedent"... 11-2631/11-3598! "without any appeal as a matter of right" Fed.RAP Rule 3 [ignored] Hall v. Hall??? No passage of time "can make those cases valid" Lucia v. SEC/Lorenzo v. SEC!

See 17-CV-1541 (MD PA) ECF Doc 201 5/4/2019;

EXHIBIT "A"

4

Justice Alito;

**Civic Duty Letter "to the Justice Assigned to the [ABA] Church of Philadelphia (AKA 3rd Cir). 13 Whoever has ears, let them hear what the Spirit says to the churches.**

**This should have been resolved in SC 16-9425 Keith Dougherty v. Chief McKee (Cert Denied); see Also 14-5837 CERT Denied RJ Holdings Opinion of Smith in light of Knick v. Scott Twp 6/21/2019 "everything in the 3rd Cir Takes 20+ Years"… because of [PA] De Facto Taking "case law";**

**The Garza v. Idaho [public Defender [assigned] from NJ Actually said at the 6/21/2019 Initial Meeting ((while Knick v. Scott Twp was being announced) he was [only] conspiring with the WV Prosecutor) due to "concern that Keith Dougherty would "misquote"… Precedent""… when the 3rd Cir "has been reversed at least 22 times in a row…**

1

US00001454

IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Crim. No. 19-140-CFC |
| | ) | |
| KEITH THOMAS DOUGHERTY, | ) | |
| | ) | |
| Defendant. | ) | |

## O R D E R

Whereas, during the videoconference held on July 30, 2020, standby counsel

for Defendant made an application to change Defendant's pretrial status to allow

for in-home incarceration pending trial; and

Whereas, Pretrial Services has advised the Court that it does not believe in-

home confinement is appropriate and does not believe that the Defendant's

circumstances have changed such that in-home incarceration pending trial is

warranted;

NOW THEREFORE, this Fourth day of August in 2020, IT IS HEREBY

ORDERED THAT:

Defendant and the government shall each have until August 21, 2020 to file a memorandum that addresses standby counsel's application to revise the terms of Defendant's pretrial status to allow for in-home incarceration pending trial.

United States District Judge

"when asked to consider individual rights"… as opposed to "government power":

Chief Judge Conner "granted *pro hac vice*"… of attorneys from California and Illinois and they "mistakenly calculated they had 35 days "under [2071] local Rules (in violation of Nutraceutical & without any "open comment period" as required under 2071(b) [see (now) Sisters of the Poor 7/12/2019???])"… to file a Rule 12 Response [and then Conner] "handed the cases (over); 14-CV-922 & 13-CV-857" [along with 14-CV-480 & 13-CV-1868] Unlawfully to Frederick Motz in "abuse of 294(d)";

You are prohibited from saying Our Burwell v. Hobby Lobby Precedent [person] "does not control Rowland v. Men's Colony "dicta abuse""… as in Simbraw v. US and its Progeny Walacavage v. Excell 2000 "and MD

2

US00001455

[exception to hearsay] aka [the] "invalidation of the
confrontation clause"... Just like Europe... because the Judges
"will be embarrassed"... and "there is no speedy trial act
either"... ??? Dennis v. Sparks "only applies to state
Judges"???

# Just Keep Keith Dougherty "on bail forever"... 19-CR-140; to "preserve professionalism in the ABA Market Place (Horne (2015) "without just compensation" Knick V. Scott Twp.)"! because Kevin Caplin "is scared"!

2071 (b)   Any rule prescribed by a court, other than the Supreme
Court, under subsection **(a) shall be prescribed only
after giving appropriate public notice and
an opportunity for comment.** ([your] Local Rules
[55(a) & 55(b)] "will be "forever void" [as applied]") **[as a
Rotkiske "default judgment" (intrinsic
fraud process)]** Idiot Robreno 15-CV-5516 (ED PA);

Just as Knick v. Scott Twp "was an ordinance that created a
governmental easement"... And PA & NJ v. Sisters of the Poor "is resolved
by the definition of "person" 1 USC 1" (IRS 501(c)(3) [or] (4) "person"
[Docson's Militia] "without Lois Lerner approval"); Rotkiske v. Klemm,
890 F.3d 422 (3rd Cir. 2018) "should be resolved under "intrinsic fraud"
[Black's Law 7th]"... However, it proves Jordon's Hypocrisy... by way of
Hall v. Hall p. 12;

We granted certiorari, 582 U. S. ___ (2017), and now reverse.  (the 3rd
Cir [reversed] "again"...& again... and again...) p. 4;

3

US00001465

Keith Dougherty

Overnight Mail "Signature Required" Justice Alito;

Copy to Judge Connelly "priority mail delivery confirmation"… email "to all other who have ears"… and "who may or may not be interested"… relating to 331 & 332 "Judicial Committee Corruption" (in the 3rd Cir);

US00001462

WILSON v. SELLERS 584 U. S. ____ (2018) says "it may not create circuit precedent by "implied silence""…

> …we would risk judges and lawyers reading those decisions as creating, through silence, a precedent that could be read as binding throughout the circuit—just what a silent decision may be thought not to do. Slip Op. p. 10; [Just writ something… and we will "summarily affirm IOP 10.6/LOAR 27.4]

> Jordon "says District Court Clerks"… cannot be "enjoined"… and [now] Municipal Clerks cannot "be challenged" [under Intrinsic Fraud] as/or 18 USC 2076 "is surplusage"???

No matter "what you think 2011-CV-4711 (DC CP) & 14-CV-529 (CC CP); "is a judicial inverse condemnation"…(of "debt collection contracts") [a [Soldal] seizure] subject to SEC 8 "PA Declaration of Rights";  in violation of the PA Constitution and "the full faith and credit clause"; while "a Hobbs Act and UTPCPL "violation(s) as well" [with DACA Discretion] as "the only defense":

The First Amendment would, however, be a hollow promise if it left government free to destroy or erode its guarantees [of 4th Amendment Property] by indirect restraints so long as no law is passed that prohibits free speech, press, petition, or assembly as such. We have therefore repeatedly held that laws which actually affect the exercise of these vital rights cannot be sustained merely because they were enacted for the purpose of dealing with some evil within the State's legislative competence, or even because the laws do, in fact, provide a helpful means of dealing with such an evil. Schneider v. State, 308 U. S. 147 (1939); Cantwell v. Connecticut, 310 U. S. 296 (1940). Id. p. 222; Mine Workers v. Illinois Bar Assn., 389 U.S. 217 (1967);

Find Attached "email"… threatening the "execution of all judges and clerks"… by a "Prefatory Clause Militia"… if "the court "denies all due process"… along with "copy of the 2010 MD PA Clerk's Manual" (event

US00001480

designation .dflt. & .dfltjgm. (there is "no [ECF] event" for "it was going to rain"); [further demand for 3rd Cir IOP Version 2010];

Keith Dougherty is "entitled to whistle blower like protections"… from "The Roberts Court" [under the "Intelligence Committee" [as an oxymoron] ("definitions"); Hartman v. Moore (2006) "no retaliatory criminal prosecutions".

> Hartman v. Moore, 547 US 250, 252 (2006) ("The First Amendment prohibits government officials from subjecting an individual to retaliatory actions, including criminal prosecutions, for speaking out." ["prefatory clause protections"]); Crawford-El v. Britton, 523 US 574, 592 (1998) ("[T]he First Amendment …

> The Difference in [the only (Compound)] "Constitutional Republics" (order of operations of Law); 6/7/2017 "even to a NJ Government Attorney"… no "indictment possible"!

> Mr. Dougherty:
> Thank you for your email correspondence. However, I am unable to provide any assistance, as I am no longer the attorney assigned to handle this matter. To ensure that your concerns are properly addressed, please forward all future correspondences to DAG Zieman's attention.
> Thank you.
> Regards,
> Okeano

> After Elonis v. US (3rd Cir) Reversed,… "as usual":

Ipso Facto "sole proprietors" and "all sole practitioners" [are protected constitutionally] not just by [the] Federal Statute 28 USC 1654;

# United States v. Reynolds, 345 U.S. 1 (1953) "the Chief Justice Must Claim

19

US00001481

### Rule 12.1  Pretrial Motion Practice

Motions required under Fed.R.Crim.P. 12 to be raised prior to trial shall be filed within fourteen (14) days after arraignment, unless otherwise provided by the Court. All motions shall be filed with the Clerk of Court, copies being sent to the Deputy Clerk of the Judge, and shall be accompanied by a brief or memorandum of law containing a concise statement of the legal contentions and authorities relied upon in support of said motion. A copy of each such motion and memorandum or brief shall be filed of record and served upon the opposing party. Within seven (7) days after the receipt of such motion, any party desiring to oppose such motion shall file and serve on the opposing party in the aforementioned manner an answer and a legal memorandum in opposition thereto. If the Court determines that oral argument is necessary, it shall advise counsel of the date and time that such argument is to be provided.

© 2020 Matthew Bender & Company, Inc., a member of the LexisNexis Group. All rights reserved. Use of this product is subject to the restrictions and terms and conditions of the Matthew Bender Master Agreement.

FILED
CLERK, U.S. DISTRICT COURT
DISTRICT OF DELAWARE

2020 MAY -5 PM 1:36

The District Court For

Middle District of Pennsylvania

United States       :
                    :
        V.          : 19 CR 140
                    :
Keith Dougherty     :
                    :

---

HABEAS under 28 USC  § 2241 in Pari Materia
28 USC § 1652 and subsequently HABEAS Copora
Joratorum under 28 USC § 1651

---

     And now comes Keith Dougherty pro se and files
this
this Petition for identification purposes using

the criminal caption while directing the Court

Clerk to FedRcivp. 21 "to change the caption at

any time with or without motion";   See 13-CV-857/13-1904

     Optional Supplemental Information

ECF 110 & 114 "violate the statute of frauds" where all

Constitutions and Plea Deals are "contracts" see Garza v.

Idaho. Keith Dougherty has not yet received a copy of the

Government's Response "extended to 4/10/2020";

 Congress "enacted" 28 USC § 1652 "to protect" the 9th &

10th Amendments "from District and Circuit Court Manipulation";

28 USC § 1654 "from ABA Faction Manipulation"; and Smith was

the reason Congress Enacted the Religous Freedom Restoration

Act. Where the City of Boerne Decision [relying on Marbury v.

Madison (mere tradition)] said "Congress" went too far "using"

the 14th Amendment, prompting Congress to "enact" The Religous

Land Use and Institutional Person's Act "to gag the court";

relevant here
     Relevant here "is" the worst decision in the Modern Era,

1

NFIB v. Sebelius [where correctly] the Supreme Court certified even Congress could not "force a citizen" [or any individual] to Purchase "health insurance" by "protecting the interstate commerce clause restrictions", where here "the idiot squad" since 1966 has indicated "they could force any for profit entity" to "purchase the services of a ABA Faction Member" even though the Ocasio "analysis" has now made it a crime punishable by up to 20 years per count.

To "save the Religous Doctrine" of the Sanhendrine of the Church of Philadelphia the Political Appointees of William Powell and David Freed have "violated their constitutional oaths" and had FBI Agent Cruze "join the Hobbs Act Conspiracy" by "providing DACA Discretion" to 18 USC 2076 [under the General Federal Conspiracy Statue] in Pari Materia 18 USC § 1951.

Keith Dougherty  (76873-067)
FDC
PO BOX 562
Philadelphia, PA 19105

2

[1] RFRA, and Article I § 3; PA Declaration of Rights 1874 P. L. 3; Saducees "do not believe in the resurrection" however by Unanimous opinion Sebelius v. Auburn Regional says "any order issued without tribunal jurisdiction" is forever void Under Rule 60(b)(4) [rules of civil procedure] Manrique, Hammer, Nutracutical

The District Court For

The Middle District of Pennsylvania

Ex Parte: Keith Thomas Dougherty :
                                  :
                                  :

_____

Petition for HABEAS Corpus under 28 USC § 2241

in pari materia 28 USC  § 1652 and subsequent order

under HABEAS Copora Joratorum 28 USC § 1651

_____

   And now comes Keith Dougherty pro se and files

a petition under HABEAS for pre trial release as the

prosecution has been undertaken in violation of due process

and specifically designed to deny a "fair trial"; Under 28

USC § 1652 "requiring" the use of Pennsylvania "statutes" and

the Pennsylvania Constitution; to be used as "rules of decision"

by Congressional Authority under the Necessary and Proper

Clause; specifically Article I Section 10 of the Declaration

of Rights (Nov. 6, 1973 P.L. 452 J.R. 2);

> 4. When a petitioner Claims the Constitution and
> a Treaty of the United States [here Article VI Cl 2;
> in pari Materia Article I Sec 8/28 USC§ 1652 (to impose
> PA's Declaration of Rights)] gives him a right to his
> liberty, not withstanding the charge that has been made
> against him, and he has obtained judicial process to
> enforce that right, the  proceeding on his part is a
> civil proceeding, not withstanding his object is, by
> means of it, to get released from custody under a criminal
> prosecution. Ex Parte Tom Tong Petitioner 27 LED 526
> 108 US 556 (1883);

1

Standard of Review

Under 28 USC § 2241 habeas relief may be extended to
a prisoner only when he is in custody in violaton of
the constitution or laws or treaties of the United States."
28 USC §(c)(3).

A federal court has jurisdiciton over such a petition if the
petitioner is "in custody" and the custodyis allegedly in vio-
lation of the constitution or laws [under 12(B)(v)] or treaties
[including HAGUE] of the United States 28 USC § 2241(c)(3);
Maleng v. Cook, 490 U.S. 488, 490, 109 S. Ct. 1923, 104 L Ed.
2d, 540 (1989). As petitioner is currently detained within the
court's jurisdiction, by a custodian within the court's
jurisdiction and asserts that his continued detention violated
due process this court has jurisdiction over his claims. (2018
U.S. Dist. Lexis 3) Spencer v. Kemma, 523 U.S. 1, 7, 118 S. Ct.
978, 140 L. Ed. 2d 43 (1998). Brader v. 30th Judicial Circuit
Court, 410 U.S. 484, 494-495, 500 93 S. Ct. 1123 35 L. Ed. 443
(1973) see also Zadvydas v. Davis 533 U. S. 678, 699, 121 S. Ct.
2491, 150 L. Ed. 2d 653 (2001);

Pursuant to 28 USC § 1652 the District and Circurts "shall"
use the State "statutes" [not Court Decisions] as "Federal
Rules of Decision"];

Article I Section 10 (Nov. 6, P.L. 452, J. R. 2);
In Commonwealth v. Simmons, 514 Pa. 10, 522 A. 2d 537 (1987)
the Pennsylvania Supreme Court expressly acknowledged its
ability to "establish greater protections for our state cit-
izens than provided by the United States Supreme Court." 522
A.2d at 540. In Commonwealth v. Smith, 532 Pa. 177, 615 A.2d
321 (1992) the Pennsylvania Supreme Court expanded the Double
Jeopardy protections afforded under the Pennsylvania [2019 U.
S. Dist LEXIS 33] Constitution as follows:

> We now hold that the double jeopardy clause of the
> Pennsylvania Constitution prohibits retrial of a de-
> fendant not only when prosecutorial misconduct is
> intended to provoke the defendant into moving for a
> mistrial, but also when the conduct of the prosecutor
> is intentially undertaken to prejudice the defendant to
> the point of denial of a fair trial, 615 A.2d at 325.

> See Licensed to Lie detailing the Andrew Weissmann
> "creation of political crimes" Cidney Pollack.

By Rule:

> Test to determine whether federal courts should apply
> state rule when enforcing rights created by state law
> are: (1) if state provision is substantive right or
> obligation being asserted, federal court must apply it;
> (2) is state provision is procedural rule which is in-
> timately bound up with substantive right or obligation

2

being asserted, federal court must apply it; (3) if
state provision is procedural rule which is not inti-
mately bound up with substantive right or obligation
being asserted, but its application might substantially
change outcome of litigation, federal court must de-
termine whether state intersts in favor of applying state
rule outweigh countervailing federal considerations
against application of rule, and if state intersts
predominate, state rule should be adopted. Miller v.
Davis 507 F.2d 308, 88 L.R.R.M. (BNA) 2451 (6th Cir
1974);

Furthermore, we find no language in Smith to indicate that
concealment of evidence is the only type of prosecutorial
miscoinduct that may be intentially undertaken to prejudice
the defendant to the point of the denial of a fair trial. To
the contrary, the holding in Smith appears to be deliberately
nonspecific, allowing for any number of scenarios in which
prosecutorial overreaching [as in Counts III & IV] is designed
to harass the defendant through successive prosecutions or
otherwise deprive him of his constitutional rights [including
speedy trial, Gerstein v. Pugh and "all self executing consti-
tutional rights" under the 6th and 8th Amendments]; Commonwealth
v. Anderson No. 495 WDA 2009 (PaSuper 2011) (En Banc);

## Article I Section 8 Law analysis

1. If Congress were to attempt to pass a law that indicates

a "Chief Judge of any District or Circuit Court can "suspend

the speedy trial clause of the 6th Amendment by "asserting

it is in the interst of justice", the law would be struck down

as "unconstitutional"".

2.  If Congress would attempt to pass a law "that says" [F]or

profit "corporations" surrender their 6th Amendment Rights

by "announcing they are for profit" it would be struck down

as an improper interpretation of the Dictionary Act and a

violation of "the equal protection clause" as determined in

Burwell v. Hobby Lobby";

3.  If Congress would attempt to pass a law that "Catholic

non-profit associations" must pay for contraceptives for all

employees "it would violate"

3

the Article I Section 3 protections of the Pennsylvania
Constitution, As well as RFRA.

4. In Lozman v. Riveria Beach Justice Kennedy provided
when as here Simbraw v. US (as a Hobbs Act Violation under
the Ocasio analysis (2016)) becomes "official government
policy" as Walacavage v. Excell 2000(PaSuper 1984) there must
be "a protected redress process" to defeat the "Political
corruption" of the Trump administration appointees William
Powell and David Freed "joining the Hobbs Act Conspiracy" by
implementing DACA Discretion "for a Legal Faction" as if a
Noble Class;

5.  The Speedy trial act "can only protect the speedy trial
clause" [not] as applied in ECF Doc 114 "using double quotation
marks" serve as a "method" of "Amending the Constitution" in
what can best be described as a "Drake v. Filko" fashion in
a Judicial Monarchy [within the borders of] the 3rd, 4th and
DC Circuits.

6. 15-CV-582 (DDC) sought to refer Chief McKee and his RICO
mob "to a DC Jury" for "impeachment referral" and "preliminary
injunction as to IOP 10.6 and LAR 27.4" not as a "threat"
rather a "redress remedy" where no Yellow Vest Riots need
be had.

7.  Pending in the Supreme Court is an effort to "invalidate DA
CA "discretion" where Amicas as Citizens United filed this
exact argument."

8.  The only way to avoid violence is to "enforce the petition
clause" equally;

4

Questions Presented

1.  When the prosecutor (seeking a way to deny his need to respond to any Rule 12.3 witnesses) manufactured Counts III and IV (as Deficient under 875(c) Elonis/Watts analysis) intentionally to "incarcerate" the defendant and deny proper "trial preparation" did his actions rise to the level of double jeopardy under Article I Section 10 of the Pennsylvania Constitution as "identified in Anderson Citing Smith"?

Suggested Answer: Yes.

2.  Does ECF 114 page 2 "misstate" the "lawful Authority" of "all inferior tribunals" when in conflict with "the 6th" Amendment?

Suggested Answer: Yes.

Summary of Argument

Counts III and IV were created to interfere with proper trial preparation and when properly dismissed the entire Super "indictment" must be dismissed where PA's Double Jeopardy Bar attaches.

Dr. Berger should be consulted as to "Chief Judge Conner's use of "double quotation marks" as a "method of amending the constitutions of Pennsylvania and the United States""

Brief Relevant Procedure

1.  As of 1/28/2020 "Keith Dougherty was arrested "pre-dawn"" for effect.

2.  Keith Dougherty's first appearance was 2/20/2020 before a "tribunal" who could not grant all of the relief, Keith Dougherty was "entitled to";

5

3.  As this HABEAS seeks relief that no magistrate can
grant, administrative action "would be futile" as an
exception to "exhaustion";

Argument

Only PA "as a example" of 28 USC § 1652 has identified
intentional efforts to "interfere with a fair trial" as a
Double Jeopardy "violation"; Outlined on 2/20/20;

The 3rd Cir Peppers analysis "seals the square head sheep
loving prosecutor's fate"; At a post hearing meeting, the
Government's attorney asked to meet with Keith Dougherty. He
properly warned "anything said at the meeting could be used at
trial", Keith Dougherty agreed and stand by counsel was in
attendence. The Prosecutor indicated "at all relevant times"
FBI agent Cruze was a "willing co-conspirator" in the Hobbs
Act "conspiracy" seeking to "extort 3rd party bribes" for ABA
Members in the 3rd and 4th Circuits before any progress could be
made in any of Keith Dougherty's "contracts";

Further he assured Keith Dougherty "Judge Connelly would not
allow "any witnesses favorable to Keith Dougherty's self-defense
of all "rights, privledges and immunties" under PA's Discretion-
ary deadly force doctrine"";

He further stated "the only defense Keith Dougherty would be
permitted would be "If Keith Dougherty took the stand"";

Keith Dougherty attempted to "explain to stand by counsel"
at the initial meeting 6/21/2019 "no 3rd Cir Judge" could serve
as a "valid tribunal" on any "adjudicative issues" involving
the United States v. Keith Dougherty "due to the defense of

6

Official Authority "qualified immunity" as well as "castle doctrine immunity" under the PA Constitution";

Counsel "was completely unfamiliar with "Tribunal Jurisdiction" as defined in Manrique, Hammer and Nutracutical," impliedly referring to Sebelius v. Auburn Regional Slip Op. p. 6 indicating "tribunal jurisdiciton can be attacked at any time even by a litigant who had conceeded subject matter jurisdiction"";

The reason Counts III and IV were "manufactured" in violation of Rule 12(B)(v) was to "put Keith Dougherty in prison" falsely and make a "fair trial impossible";

> [2002 U.S. App. LEXIS 32] ...you also have a lot of witnesses that the government needs to obtain on your behalf. He [assigned counsel] is out there able to do that. You are confined. You will have every opportunity to convey your wishes to Mr. Welch... [which will be ignored];

> "denial of right to proceed pro se reversed";

> As the Supreme Court explained in the seminal case in this area, Faretta v. California 422, U.S. 806,820 4 5 L Ed 2d 562, 95 S. Ct. 2525 (1975), the Sixth Amendment
>> speaks of the 'assistance of counsel' and an assistant however expert, is still an assistant....

> See Footnotes 37-39 "referencing the PA Frame of Government (1682)" incorporated into the PA Constitution as Section 1503 "all English Common Law and Pennsylvania Provincial Law in existance as of 5/14/1776 "is still valid" to this very day "including the right to serve as one's own Prosecutor" stating in peretinent part;

>> "persons of all persuasions including for profit licensed professionals as owners... can appear in all courts personally and in their own manner [including religous references] and if unable by a "friend""...

The Constant theme even in this "criminal case" is to force Keith Dougherty to use "a star chamber trained attorney" who would never "agressively question criminal clerks, magistrates, and especially judges"";

7

Counts III and IV are not just defective as to Rule 12(B)(v) they are part of a Lozman v. Riveria "tactic" to protect and "cover up" the Hobbs Act Violations undertaken to preserve what can only be defined as "religous doctrine" in the form of Simbraw v. US and its progeny Walacavage v. Excell 2000 "by invalidating the speedy trial clause of the sixth Amendment" and putting Keith Dougherty in prison to invalidate his ability to "subpoena witnesses" favorable to his defense and "prepare for their direct examination".

> In Commonwealth v. Simons, 514 Pa. 10, 522 A.2d 537 (1987), the Pennsylvania Supreme Court expressley acknowledged its ability to "establish greater protections for our state citizens than provided by the United States Supreme Court." 522 A.2d at 540. In Commonwealth v. Smith , 532 Pa. 177, 615 A.2d 321 (1992) the Pennsylvania Supreme Court expanded the Double Jeopardy protections afforded under the Pennsylvania Constitution as follows:

>> We now hold that the double jeopardy clause of the Pennsylvania Constitution prohibits retrial of a defendant not only when prosecutorial misconduct is intended to provoke the defendant into moving for a mistrial, but also when the conduct of the prosecutor is intentially undertaken to prejudice the defendant to the point of denial of a fair trial. 615 A.2d at 325.

> Id. p. 13; Commonwealth v. Anderson No. 495 WDA 2009 (PaSuper 2011) (En Banc).

### Conclusion

When Article III and IV are "properly dismissed" the entire Indictment must be dismissed and "Article I Section 10 of the Pennsylvania Constitution Prohibits seeking to re-file the indictment. As "fully defined in Anderson "En Banc"".

8

Abraham Lincoln "Lawfully suspended HABEAS Corpus" in accord "with his executive powers".

Heller is "the Bible" on how to "read and interpret any "Right of the People" see the 2008 opinion Pages 3-5"; "The Constitution" is Written According to Marbury v. Madison to make "Simbraw v. US/Burwell/NJ & PA v. Sisters of the Poor Legally "impossible"";

Put in "layman's terms" the Constitution was written to be understood "by the "voters" that make up the 6th and 7th Amendment Juries. William Penn "as the American Profit" defined in the Documentary History of "The Bill of Rights" explains how the 1787 "Constitution could not get ratified" until Jefferson and Adams "from France and England respecti^vely" advised to ratify "the consitution" only with the "condition subsequent" that a "Declaration of Rights" [see "not yet a Bill of Rights"] would immediately be "enacted"";

For the "learning disabled" Clerks, Magistrates, and Judges of the 3rd, 4th and DC "Circuits" that means "The Constitution" has always been a "contract of adhesion" that must be read "against the government"... it was a "take it or leave it Contract" that is not susceptible to "amendment by Judicial Committee";

So when you read "The Speedy Trial Act" [enacted by Congress] to "protect the 70 day timeline"; In the Latin... Ipso facto when encountering the phrase "in the interst of Justice" it must be read, "if the Government cannot meet the 70 day requirement the Indictment must be dismissed "in the interest of Justice"";

Judge Connelly and Chief Judge Conner have "no enumerated power

to "to Amend the 6th Amendment""" by Andrew Weissmann creative
reading "tactics".

This HABEAS "must be transferred to a 10th Cir Judge" be-
cause Judge Connelly as did Former Chief Judge Conti "refuse
Federal Jurisdiction" (as a "Act of Constitutional Treason" Ex
Parte Young p. 143 (1908)) to provide Nielson v. Preap "declarity
judgment" and then preliminary injunction as to the 332(d)(4)
Panel "as to the 1988 Access to Justice Act""";

IOP 10.6 and LAR 27.4 "have always been without statutory
or Constitutional Authority" under 28 USC § 2071;

Simbraw v. US "has always been void in PA Under the PA
Constitution "see the 9/12/2019 Faretta Hearing" triggering
a 2nd Addington v. Texas Violation; to "cover-up" the Speedy
Clause violation by "a terminated Stand By Attorney" as a
Statute of Frauds Violation".

The Constitution "and all of its amendments" is a "contract=
of Adhesion" and Judge Connelly was "correct" when he read into
the record "28 USC § 1652" applies to "the "Civil pleadings"
however "completely mis-informed" that HABEAS "could not be used
Pre-trial""";

_____    4/30/2020   8/20/20
Keith Dougherty

10

Supplemental Petition

Keith Dougherty moves for a Writ of Habeas Copora Juratorum
under PA's Colonial Law "protections to act as one's own pro-
secutor when alleging "High Political Crimes" in violation
of the Pennsylvania and United States Constitution by way of
28 USC § 1651";

Article I Section 25

To Guard against transgressions of the high powers
which we have delegated, we declare that everything in
this article is excepted out of the general powers of
government and shall forever remain inviolate.

Explained for "the idiot squad" there is no way to say "it
was going to rain anyway" or "you lack standing" under PA's
Declaratory Judgment Act 7540 "all parties claiming an interest
must be made a party"!

Heller Confirms Militias as "the final defense"

b. "Security of a Free State" The phrase "security of a
free State" meant "security of a free polity," not security
of each of the several States... There are many reasons
why the militia was thought to be necessary... Third,
when the able-bodied men of a nation are trained in arms
[including the use of "petition for redress" (self-repre-
sented, self-defense)] they are better able to resist tyrany.
554 U.S. 597-598;

Even when the Tyranny is said to be "in the interest of
justice";

Article I Section 26

Neither the Commonwealth nor any political subdivision
thereof shall deny to any person [including LLC's] the
enjoyment of any civil right [including "self-defense" by
"self-representation" under the 6th Amendment], nor
discriminate against any person (including "The Sisters of
the Poor"/Connestoga Woods "for profit closely held Corp-
orations" in the use of RFRA) in the exercise of any "in-
cluding" [Article I Sec(s) 3 & 4] civil right.

1

All one need do "is see the Sisters of the Poor decision" affirming
an Obama Judge 7/12/2019 "after being reversed by the Supreme Court
6/30/2014 "to realize the 3rd Cir relieson the court's being too busy""
to enforce "the Access to Justice Act" and or "any of its precedents".

Since Magna Carta 1215 "the common law" has always been interwoven
with the Judea Christian Faith "see the Papal Bull 1215" declaring
Magna Carta 1215 "in violation of God's Law" aka "the Divine Right of
Kings";

The Pennsylvania Constitution adopted all of the English Common Law
in existence as of 5/14/1776 "pre-dating the 1787 Constitution" as well
as "All PA Provincial Law" as of 5/14/1776 including Article VI of the
Frame of Government see Faretta v. California Footnotes 37-39; as such
there is HABEAS Copora Juratorum where the Court Orders the Sheriff
to empanel a "grand jury" for the "private criminal process" when as here
The Federal Government "refuses" to enforce due process of law";

At the time of our founding "as in Knick v. Scott Twp" Oral Argument
Justice Gorsuch "inverse condemnation is a governmental trespass" and
when the Government denies "ANY and "all forums" it becomes a "criminal
tresspass" thaT CANNOT BE LEFT TO "an elected County Prosecutor"
due to "politics" and "We the People" under Heller "can act as a Militia"
using 28 USC § 1652" And Article I Section 25 "to Indict Powell and Freed"
under the Hobbs Act.

### Crimes Alleged

Article I Section 1 of the Pennsylvania Constitution states in pertinent
part ..., Posessing and protecting Property and Reputation,...

As part of the Simbraw v. US "religous doctrine" the 3rd Cir "has
criminalized "speech" that seeks "redress" of "bastaRDIZATION" of the
Dictionary "acts" [designed] for "strict scutinty";

2

At the time of the nation's founding "this tactic was called Factionism and predicted the downfall of the Republic". Faretta v. California and United Mine Workers v. Illinois State Bar Association (1967) p. 222 explain "freedom of association" protects "the choice of Counsel" where the Pennsylvania "105 years" before "the 1787 Consitution" was written by a Quäker Preach "because the attorneys of 1670 would not defend he "free speech" for fear of "losing their livleyhood";

⸛ Each Time "any judge" informs a Business Owner "or any licensed professional "engaged in commerce" that their case or controversey will not proceed unless a "licensed attorney" enters appearance "they have committed a Hobbs Act Crime" of "seeking to extort a 3rd party bribe" even if the 3rd Cir "does not agree with the Ocasio Precedent". Just as this incompetent Circuit "adopted Drake v. Filko" [rejecting self-representation] it continues to say "owners have no self-representation rights as a "disfavored class" just like Conestoga Woods saying "for profit [Close] Corporations give up their Religous Rights" protected by RFRA, only to now hold as of 7/12/2019 "non-profit associations" such as "The Sisters Also have no RFRA protections" because the Trump Administration did not provide an open comment period "for its Office of Legal Counsel" guidance on "all contraceptives" [not in the Abortification Class] this "tactic" is called "Napoleonic Law" and is "Actus Reus" in an effort to "establish a "judicial monarchy" where ABA Members Are part of a "Legal Nobility".

To understand "the religous doctrine" being imposed by Fiat, known as Simbraw v. US, you must only review a handful of cases;

You "must start with Pennsylvania" precisely because the PA Constitution restricts "the power of all courts" to "expressing what the Pennsylvania Genmeral Assembly Intended to do "Rendering NFIB v. Sebelious type of"

3

opinions "legally impossible"; then "you must review the Pennsylvania "political gerrymandering case" where in violation of Section 1921 of the Statutory Construction Code Act "the current Pennsylvania Supreme Court "at the behest of Former President Obama & Eric Holder took up the issue "based on a religous belief" that the Supreme Court of the United States "would rule Political Gerrymandering is unconstitutional" they were wrong "as usual"... so when the "idiot squad" of Jordon, Chief Conner and Chief Simandle "rubber stamped" their "decision" based on the Pennsylvania Senate Members "lacked standing" it was "identical to the Knick v. Scott Twp, 3rd Cir Precedent" [based on home owners lacking standing] which is an "essential element" [under Article I Section 1] as an inaliable right "protected by the General Assembly's very specific Declaratory Judgement Act Section 7540 saying "all parties claiming an interst "must be made a party" and that is "forced upon the shit hole" known as the 3rd Cir by 28 USC § 1652, just like 28 USC § 1654 that is ignored in "all of Keith Dougherty's Cases"!;

Walacavage v. Excell 2000 Had a Common Pleas Court Judge "threaten the owner of Excell "if he vigerously defended his company" he [could] be charged with "the unauthorized practice of law"; affirmed as a "default" by the Superior Court relying on Simbraw v. US (1984);

Then Look to Rhino v. Berg Manufacturing (2007) where then Judge Conner "intimidated" the owner of a "close corporation" into "default" in a Patent Infringment Case "only to enter default judgment in the amount of $1.7 + Million; his fatal mistake was to "write in the opinion 55(a) was "required by law"" even when a District Court Judge "enters default judgment" using 55(b); Ipso Facto "each time" Mary DiAndrea and or Peter Welsh "neglected to enter default" when properly invoked it was a Federal Crime under 18 USC § 2076;

Leading thento 15-1123 as related to 13-CV-857 (MD PA);

In Keith Dougherty v. Carlisle Tire and Wheel "as a chose in action" Carlisle through its "incompetent counsel defaulted" and as its first response "failed to file 55(c)" making "default judgment "by the clerk"" mandatory; "instead then Chief Kane tried to assign the case to Judge Caldwell [he refused], and "did assign it to Judge Conner"; he "had" Magistrate Blewitt "without tribunal jurisdiction" Cite Rhino v. Berg Manufacturing "implying default and default judgment were the Playgrounds of District Court Judges"... a Hobbs Act Crime;

The case "then by unlawful intervention by then Chief McKee was trans- ferred to Judge Slomsky [ED PA] who took no action, only to then transfer to "Senior Judge Motz from Baltimore" as a Marshal v. Jerrico "violation" 3rd Case "assigned" invalidating "all tribunal jurisdiction"";

In Keeping with the "criminal conspiracy" 18 USC § 1951 Judge Rendell was "unlawfully assigned to 3 of Keith Dougherty's Cases" blocked all briefing "guaranteed by Order issued by Barry and Fisher 8/5/2011 11-2631 [law of the case]... and "rubber-stampted Motz and his ludicrous theoryon Champerty "which had beenrejected under Blackstone's Commentaries II of 1766 "where the PA Constitution incorporated the English Common Law as of 5/14/1776; as Such "Rendell and Motz are Hobbs Act criminals" or Saducees "who do not believe in the ressurection" of 11-2631/11-3598 as well as 13-CV-857 (MD PA)" ;

## Religous Refernce

Keith Dougherty "models" the Overcomer from the Mideavil Church as refernced in the 4th Letter of Christ to the Churches. Rev 2 26-28 (KJV) He will be given power to rule over the nations. Metaphorically here, the Nations are Pennsylvania, New Jersey, Delaware, the Virgin Islands,

5

Maryland, the District of Columbia, and West [by God] Virginia;

He will rule them with the Iron Rod of William Penn's Frame of Government (1682), He will dash them to pieces "with a typewriter" from FDC Philadelphia using the "petition of right" 1640/"petition for redress".

Keith Dougherty

we need a "Federal Grand Jury"!

8/20/20

### Certification of Service

Pursuant to Connelly's Order Keith Dougherty does
hereby certify a copy of the foregoing has been mailed
through the Prison Nail Box system with "The Government's
Copy" being provided by ECF;

Keith Dougherty avers "having been declared IFP as of 5/6/2019
the denial of "use of PACER" and ECF are a "separate" cons-
titutional violation under the equal protection clause and
And "the Acess to Justice Act of 1988";

Keith Dougherty (76873-067)
FDC
Po Box 562
Philadelphia, PA 19105

Keith Dougherty has not received a copy of the Government's
response "extended to 4/10/2020" as part of "the ongoing
due process "violations";

# United States District Court
## Middle District of Pennsylvania (Harrisburg)
## CRIMINAL DOCKET FOR CASE #: 1:19-cr-00140-CFC-1

Case title: USA v. Dougherty                          Date Filed: 04/17/2019

Assigned to: Honorable Colm F.
Connolly

**Defendant (1)**

| | | |
|---|---|---|
| **Keith Thomas Dougherty** | represented by | **Keith Thomas Dougherty** |

76873-067
FDC-Philadelphia
Federal Detention Center
PO Box 562
Philadelphia, PA 19105
Email: keithdoughertycfp@comcast.net
PRO SE

**Heidi R. Freese**
Federal Public Defender
100 Chestnut Street
Suite 306
Harrisburg, PA 17101-2540
717-782-2237
Email: heidi_freese@fd.org
*TERMINATED: 06/14/2019*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender or*
*Community Defender Appointment*

**Thomas J. Young**
Federal Defender of New Jersey
800-840 Cooper St.
Suite #350
Camden, NJ 08102
856-757-5341
Email: thomas_young@fd.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender or*
*Community Defender Appointment*

**Pending Counts**                                    **Disposition**

18:876 MAILING THREATENING
COMMUNICATIONS

(1)
18:876(c) MAILING THREATENING
COMMUNICATIONS
(1s)
18:875 INTERSTATE
COMMUNICATIONS WITH
THREAT TO INJURE
(2)
18:875(c) INTERSTATE
COMMUNICATIONS - THREATS
(2s-4s)

**Highest Offense Level (Opening)**

Felony

| **Terminated Counts** | **Disposition** |
| --- | --- |
| None | |

| **Highest Offense Level (Terminated)** | |
| --- | --- |
| None | |

| **Complaints** | **Disposition** |
| --- | --- |
| None | |

**Plaintiff**
**USA**                               represented by **Jeffrey A Finucane**
United States Attorney's Office
217 West King Street, Ste. 400
Martinsburg, WV 25401
304-262-0590
Email: jeffrey.finucane@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Assistant US Attorney*

| Date Filed | # | Docket Text |
| --- | --- | --- |
| 07/13/2020 | | ORAL ORDER as to Keith Thomas Dougherty -: In light of the developments with COVID-19 in Delaware, the in person pretrial conference scheduled for Wednesday, 7/15/2020 1:00 PM in Courtroom 4B before Judge Connolly is CANCELLED. The Court will endeavor to arrange for a video conference. Ordered by Judge Colm F. Connolly on 7/13/2020. Signed by Honorable Colm F. Connolly on 7/13/2020. (cl) (Entered: 07/13/2020) |

## Certification of Service

I Keith Dougherty do hereby Certify a copy of the foregoing

was mailed in the prison mailbox system as follows;

Kate Barkman
601 Market Street RM 2609
Philadelphia, PA 19106-1729

Judge Connelly
844 N. King Street
Wilmington, DE 19801-3519

All others to receive their copy through ECF;

_8/20/2020_

Keith Dougherty (76873-067)
FDC
PO BOX 562
Philadelphia, PA 19105

Keith Dougherty 70873-067
FDC
PO Box 562
Philadelphia, PA 19105

District Court Clerk
601 Market St RM 2609
Phila, PA 19106-1729

U.S.M.S.
X-RAY

Philadelphia PA DC 191-210
FRI 21 AUG 2020 PM

